DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL GREEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-848

[June 21, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Jr., Judge; L.T. Case No. 20-001646CF10A.

Michael Green, Fort Lauderdale, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Givens v. State*, 851 So. 2d 813 (Fla. 2d DCA 2003).

WARNER, MAY and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***